UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONES STEVEDORING COMPANY, a Washington corporation, | IN ADMIRALTY |
| Plaintiff, | No. |
| v. | VERIFIED COMPLAINT *IN REM* FOR WARRANT OF ARREST PURSUANT TO SUPPLEMENTAL ADMIRALTY AND MARITIME RULE C |
| M/V DAFNI, IMO No. 9438377, its engines, tackle and apparel, etc., | |
| Defendant *in rem*. | |

Plaintiff Jones Stevedoring Company complains of the Defendant M/V DAFNI *in rem* and alleges as follows:

**JURISDICTION AND VENUE**

1.      This is an admiralty and maritime claim within the meaning of Fed. R. Civ. P 9(h) and Rule C of the Supplemental Admiralty Rules.  This claim is within the jurisdiction of this Court pursuant to the general maritime law, 28 U.S.C. § 1333, and 46 U.S.C. § 31342.

2.      On information and belief, the M/V DAFNI is now and/or will be during the pendency of this action present in navigable waters within the jurisdiction of this Court.

VERIFIED COMPLAINT IN REM WITH REQUEST
FOR WARRANT OF ARREST - Page 1

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

3.     Venue is proper pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

4.     At all material times, Jones Stevedoring Company ("Jones Stevedoring") was and is a corporation organized and existing under the laws of Washington.

5.     At all material times, the M/V DAFNI (IMO No. 9438377), its engines, tackle, and apparel *in rem* (the "Vessel") was and is a Marshall Islands flagged vessel.

**FACTS**

6.     This is an action in admiralty, *in rem*, to enforce a maritime lien on Defendant, Vessel M/V DAFNI, including without limitation all of its engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not.

7.     This lien arises from the delivery of necessaries to the Vessel pursuant to 46 U.S.C. § 31342.

8.     In May 2025, the Vessel Owner's interests engaged Jones Stevedoring to provide stevedoring services for the M/V DAFNI. On May 15, 2025, Vessel Owner's interests, Jones Stevedoring, and other interest parties participated in a pre-operations meeting where lashing points for the cargo to be loaded was discussed. On May 17, 2025, Jones Stevedoring and the Vessel's Owner, Captain, Chief Mate, and Agent determined that the existing lashing points on the Vessel would not properly secure the cargo and Jones Stevedoring and the Vessel's Owner, Captain, Chief Mate, and Agent agreed for Jones Stevedoring to perform welding to secure the cargo onto the Vessel. On or about May 18, 2025, the Vessel Owner's and/or their agents in writing again approved the additional work to be performed by Jones Stevedoring and confirmed the order for a welding gang to start welding services. The Vessel's

VERIFIED COMPLAINT IN REM WITH REQUEST
FOR WARRANT OF ARREST - Page 2

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

owners also confirmed they would pay all related costs.  Attached as Exhibit 1 is a true and correct copy of the email confirmations.

9.      On May 19, 2025, Jones Stevedoring completed all welding services, secured all cargo onto the Vessel, and the Vessel departed Tacoma, Washington.  Attached as Exhibit 2 is a true and correct copy of the Certification of Completion signed by the M/V DAFNI's master.

10.     On or about June 23, 2025, Jones Stevedoring issued Invoice 2505-105 for a total amount of $129,150.31.  Attached as Exhibit 3 is a true and correct copy of Jones Stevedoring's Invoice 2505-105 issued to the M/V DAFNI.

11.     On June 26, 2025, Jones Stevedoring received a partial payment of $69,094.31 towards Invoice 2505-105.  Jones Stevedoring has not received the remaining balance for stevedoring and welding services provided to the Vessel despite repeated requests for complete payment.  As of the date of this filing, payment remains due and outstanding in the principal amount of $60,056.00.  Attached as Exhibit 4 is a true and correct copy of Jones Stevedoring's Statement of Account for the M/V DAFNI.

**FIRST CAUSE OF ACTION – BREACH OF MARITIME CONTRACT**

12.     Jones Stevedoring realleges and incorporates by reference paragraphs 1-11 as if stated in their entirety herein.

13.     Defendant breached its contract with Jones Stevedoring by failing to pay for the goods and services provided by Jones Stevedoring.

14.     Jones Stevedoring has been damaged by Defendant's breaches of contract.

15.     Jones Stevedoring is entitled to remedies at law and in admiralty.

//

VERIFIED COMPLAINT IN REM WITH REQUEST
FOR WARRANT OF ARREST - Page 3

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**SECOND CAUSE OF ACTION – UNJUST ENRICHMENT**

16.     Jones Stevedoring realleges and incorporates by reference paragraphs 1-11 as if stated in their entirety herein.

17.     Jones Stevedoring provided and/or paid for goods and services that were accepted by and benefited Defendant Vessel.  The Vessel received stevedoring and welding services from and/or through Jones Stevedoring, and the stevedoring and welding services were necessary to the Vessel's operations.  The Vessel benefited from and was enriched by the stevedoring and welding services, including but not limited to, the fact that the welding services enabled the Vessel to continue to hold, carry, and receive cargo and earn freights.

18.     Despite this benefit provided to the Vessel, Jones Stevedoring was not paid.  The Vessel therefore was unjustly enriched.  Jones Stevedoring, therefore, holds a maritime lien against the Vessel in the amounts set forth above, and respectfully request that this Court enter judgment in its favor against the Vessel *in rem* for this amount, as set forth above.

**PRAYER FOR RELIEF**

Wherefore, Jones Stevedoring prays for relief against the *in rem* Defendant M/V DAFNI as follows:

1.     That this Court enter judgment *in rem* against the Vessel M/V DAFNI, including without limitations all of her engines, machinery, tools, boats, anchors, chains, tackle, fittings, navigation equipment, and all other equipment and appurtenances appertaining or belonging to the Vessel, whether on board or not,  and order that Jones Stevedoring's claims of at least $60,056.00, plus pre-judgment interest, post-judgment interest, contractual fees, and attorneys' fees and costs thereon as allowed by contract and by law;

VERIFIED COMPLAINT IN REM WITH REQUEST
FOR WARRANT OF ARREST - Page 4

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

2.    The Clerk of this Court issue a warrant for arrest of the vessel M/V DAFNI, commanding the United States Marshal for this district to arrest and take into custody the Defendant Vessel and detain the same in its custody until further order of this Court;

3.    The Court find that Jones Stevedoring holds a valid maritime lien against the vessel M/V DAFNI and its engines, appurtenances, furnishings, machinery, and equipment as provided by 46 U.S.C. § 31342 and by federal law construing the statute;

4.    The Court hold that at the sale of the Vessel, M/V DAFNI, Jones Stevedoring may credit bid without cash deposit the amount due and owing up to the full amount thereof;

5.    The Court award Jones Stevedoring its attorneys' fees, costs, and other expenses incurred in connection with this proceeding, including without limitation, all costs incurred *in custodial legis* as may be established at trial or otherwise awarded; and

6.    The Court grant such other legal and equitable relief as this Court deems just and proper.

DATED this 29th day of October, 2025.

LE GROS, BUCHANAN & PAUL, P.S.


*s/ Markus B.G. Oberg*
Markus B.G. Oberg, WSBA #34914
*s/ Olivia P. Thompson*
Olivia P. Thompson, WSBA #57023
4025 Delridge Way SW, Suite 500
Seattle, WA 98106
Phone: (206) 623-4990
Email: moberg@legros.com
          othompson@legros.com

*Attorneys for Plaintiff Jones Stevedoring Company*

VERIFIED COMPLAINT IN REM WITH REQUEST
FOR WARRANT OF ARREST - Page 5

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106 1271
(206) 623-4990

1

## **VERIFICATION**

I, Keith Flagg, am over the age of eighteen and competent to testify. I am an officer of Jones Stevedoring Company, the Plaintiff in the above-entitled matter. I have read the foregoing Complaint, know the contents thereof, and believe the same to be true. I make this representation to the Court based on my position as President of Jones Stevedoring Company. This verification on behalf of Plaintiff is provided under Local Admiralty Rule 105.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2025.

Keith Flagg, President
Jones Stevedoring Company

VERIFIED COMPLAINT IN REM WITH REQUEST
FOR WARRANT OF ARREST - Page 6

LE GROS BUCHANAN
& PAUL, P.S.
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990