UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONES STEVEDORING COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>M/V DAFNI, IMO No. 9438377, its engines, tackle and apparel, etc.,<br><br>Defendant *in rem*. | IN ADMIRALTY<br><br>No. 2:25-cv-2137<br><br>ORDER AUTHORIZING ARREST OF VESSEL |

This matter came before the Court on Plaintiff Jones Stevedoring Company's ("Plaintiff") Motion to Issue Warrant for Arrest of Vessel. This Court has reviewed the files and records herein, including specifically, Plaintiff's Motion to Issue Warrant for Arrest of Vessel and supporting declaration as well as the Verified Complaint and exhibits attached thereto.

Being fully advised on this matter, this Court HEREBY FINDS that Plaintiff has an action *in rem* against the Defendant Vessel M/V DAFNI, IMO No. 9438377, in the approximate amount as alleged, and that there is sufficient reason to believe that said vessel is

ORDER AUTHORIZING ARREST OF VESSEL - Page 1

or will be within this district and the jurisdiction of this Court, that conditions for an action *in rem* appear to exist pursuant to Fed. R. Civ. P. Supplemental Rule C(3), it is HEREBY ORDERED that the arrest of the vessel M/V DAFNI, IMO No. 9438377 is authorized, and the Clerk of Court is authorized to issue a warrant for arrest of the vessel M/V DAFNI, IMO No. 9438377.

DATED this 30th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE